Dennis N. Lueck, Jr. (SBN 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Ashley M. Brettingen (SBN 315703)
abrettingen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for  Defendant
NAVIENT SOLUTIONS, LLC
f/k/a NAVIENT SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| RALPH SALAZAR,<br><br>             Plaintiff,<br><br>   vs.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>             Defendant. | Case No. 8:18-cv-00763-JVS-KES<br><br>(Honorable James V. Selna, Courtroom "10C")<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:        5/2/18<br>Motion Cut-Off:         6/24/19<br>Discovery Cut-Off:    4/30/19 |

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

REQUESTS FOR PRODUCTION OF DOCUMENTS – SET ONE
Case No. 8:18-cv-00763-JVS-KES
303963274v1 1002513

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-entitled action. It is anticipated that settlement documents will be executed, the matter resolved, and a dismissal filed within forty-five (45) days.

Accordingly, the Court is respectfully requested to vacate all existing court dates.

DATED: July 1, 2019                    HINSHAW & CULBERTSON LLP

By: */s/ Ashley M. Brettingen*
DENNIS N. LUECK, JR.
ASHLEY M. BRETTINGEN
Attorneys for Defendant NAVIENT SOLUTIONS, LLC f/k/a NAVIENT SOLUTIONS, INC.

---

1
NOTICE OF SETTLEMENT

Case No. 8:18-cv-00763-JVS-KES
303963274v1 1002513

# CERTIFICATE OF SERVICE

*Ralph Salazar v. Navient Solutions, Inc.*
Case No. :  8:18-cv-00763-JVS-KES

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made.  I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California  90025.

On **July 1, 2019**, I served the document(s) entitled, **NOTICE OF SETTLEMENT**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☐ **(BY MAIL)**:   I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**:    I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery.  Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**:     By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **July 1, 2019**, at Los Angeles, California.

/s/ *Kristina Hightower*
Kristina Hightower

---

1
CERTIFICATE OF SERVICE

Case No. 8:18-cv-00763-JVS-KES
303963274v1 1002513

**HINSHAW & CULBERTSON  LLP**
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

# SERVICE LIST

*Ralph Salazar v. Navient Solutions, Inc.*
Case No. :  8:18-cv-00763-JVS-KES

| | |
|---|---|
| Jeremy Branch, Esq. (SBN 303240)<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 311<br>Corona, CA 92880<br>Phone:  Tel. (866) 329-9217, ext. 1009<br>Email: JeremyB@jlohman.com | Attorneys for Plaintiff<br>RALPH SALAZAR |

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000