# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Salazar,<br><br>    Plaintiff,<br><br>v.<br><br>Navient Solutions, Inc,<br><br>    Defendant(s). | SACV18-00763JVS(KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: July 1, 2019

                                                           James V. Selna<br>
                                       United States District Judge