Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: JeremyB@jlohman.com
Attorney fo Plaintiff, RALPH SALAZAR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH SALAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>    Defendants. | Case No: 8:18-cv-00763-JVS-KES<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Ralph Salazar ("Plaintiff"), and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

  JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Dennis N. Lueck, Jr. (with permission)*<br>Dennis N. Lueck, Jr.<br>Hinshaw and Culbertson LLP<br>633 West 5th Street 47th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-680-2800<br>Facsimile: 213-614-7399<br>*COUNSEL FOR DEFENDANT* | */s/ Jeremy E. Branch*<br>Jeremy E. Branch<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>T: 866-329-9217 ext. 1009<br>F: 657-246-1312<br>E: jeremyb@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of August 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Dennis N. Lueck, Jr.
Hinshaw and Culbertson LLP
633 West 5th Street 47th Floor
Los Angeles, CA 90071
Telephone: 213-680-2800
Facsimile: 213-614-7399
*COUNSEL FOR DEFENDANT*

Ashley Marie Brettingen
Hinshaw and Culbertson LLP
11601 Wilshire Boulevard Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001
*COUNSEL FOR DEFENDANT*

                                      */s/ Jeremy E. Branch*
                                      Jeremy E. Branch
                                      The Law Offices of Jeffrey Lohman, P.C.
                                      4740 Green River Road, Suite 310
                                      Corona, CA 92880
                                      T: 866-329-9217 ext. 1009
                                      F: 657-246-1312
                                      E: jeremyb@jlohman.com
                                      Attorney fo Plaintiff, RALPH SALAZAR

304241479v1 1002513