# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH SALAZAR, <br><br> Plaintiff, <br><br> v. <br><br> NAVIENT SOLUTIONS, INC., <br><br> Defendants. | Case No: 8:18-cv-00763-JVS-KES <br><br> **ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

Plaintiff, Ralph Salazar ("Plaintiff"), and Defendant Navient Solutions, LLC f/k/a Navient Solutions, Inc., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: August 27, 2019

_____
James V. Selna
United States District Judge